UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Thomas L. Parker, United States District Judge

June 1, 2022

RE:   **2:20-cr-20208-TLP**
       **USA v. RICARDO BELL**

Dear Sir/Madam:

A **FINAL REPORT DATE** has been **SET** on **WEDNESDAY, JUNE 8, 2022** at **1:00 P.M.** before **Judge Thomas L. Parker** in **Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/Joseph P. Warren*,
       Courtroom Deputy Supervisor
       901-495-1242
       joseph_warren@tnwd.uscourts.gov